# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>    Plaintiff,   )<br>)<br>v.                        )<br>)<br>JOHN DOE subscriber assigned IP  )<br>Address 68.43.176.195,      )<br>)<br>    Defendant.   )<br>_____) | Civil Case No. 2:17-cv-14019-PDB-MKM |

## NOTICE OF FILING DISCLOSURE OF EACH MEMBER
## OF PLAINTIFF STRIKE 3 HOLDINGS, LLC

PLEASE TAKE NOTICE, pursuant to DE# 6, Plaintiff's sole member is parent company General Media Systems, LLC.  General Media Systems, LLC's three individual members are Gregory Aouizerate (a/k/a Greg Lansky) (*see* Doc. #5-1), Steve Matthyssen, and Michael Cardon.

01/09/2018

                              Respectfully submitted,

                              **BOROJA, BERNIER &**
                              **ASSOCIATES PLLC**

                              /s/ *Joel A. Bernier*
                              **By:  JOEL A. BERNIER (P74226)**
                              49139 Schoenherr Rd.
                              Shelby Township, MI 48315
                              T: 586-991-7611
                              F: 586-991-7612
                              Email: Bbclawgroup@gmail.com
                              *Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3).  This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*
**By:  JOEL A. BERNIER (P74226)**

## CERTIFICATE OF COMPLIANCE

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3).  This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*
**By:  JOEL A. BERNIER (P74226)**